STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Scanning Technology Innovations, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FINALE, INC.,**<br><br>**Defendant.** | **Case No. 3:21-cv-03119**<br><br>**PATENT CASE** |

## COMPLAINT

Pursuant to F.R.C.P. 15(a)(1)(B), Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" or "STI") files this Original Complaint against Finale, Inc. ("Defendant" or "Finale") for infringement of United States Patent No. 10,600,101 (hereinafter "the '101 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company having an address of 1801

NE 123 St., Suite 314, Miami, FL 33181.

4. On information and belief, Defendant is a Delaware corporation having a place of business at 165 Hawthorne Ave., Palo Alto, CA 94301. On information and belief, Defendant may be served through its agent, Incorporating Services, Ltd., 3500 S. Dupont Hwy., Dover, DE 19901, or William David Harvey at 165 Hawthorne Ave., Palo Alto, CA 94301.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

**VENUE**

7. Venue is proper in this District 28 U.S.C. §1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

**COUNT I**

**(INFRINGEMENT OF UNITED STATES PATENT NO. 10,600,101)**

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '101 Patent with sole rights to enforce the '101 Patent and sue infringers.

11. A copy of the '101 Patent, titled "Systems and Methods for Indicating the Existence of Accessible Information Pertaining to Articles of Commerce," is attached hereto as Exhibit A.

12. The '101 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '101 Patent by making, using, importing, selling, and/or offering for sale an inventory management system covered by one or more claims of the '101 Patent. Defendant has infringed and continues to infringe the '101 Patent directly in violation of 35 U.S.C. § 271.

14. Defendant sells, offers to sell, and/or uses an inventory system including, without limitation, the Finale Inventory system, any associated hardware and software, and any similar products (collectively, "Product"), which infringe at least Claim 1 of the '101 Patent.

15. The Product provides an application for scanning barcodes to obtain a decoded link, which contains information about an article of commerce. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.




Source: https://play.google.com/store/apps/details?id=com.finaleinventory.denali&hl=en_IN&gl=US

Barcode Hardware

We designed the barcode solution to be as flexible and versatile as possible. Our inventory tracking software will work with any Windows-based mobile barcode scanner, Android-based mobile barcode scanner or Android phone. Unlike other companies, the barcode scanning application is hardware-agnostic and does not require you to use any specific make, model or brand.

We want you to have maximum flexibility to find the best hardware that best suits your application. If you need assistance, use our guide to scanner hardware requirements, complete with recommended models and vendors.

Source: https://www.finaleinventory.com/feature-turnkey-mobile-barcode-scanner-solution

Source: https://www.youtube.com/watch?v=8YLu0J7aNJ8
Source: https://play.google.com/store/apps/details?id=com.finaleinventory.denali&hl=en_IN&gl=US

16. The Product includes a mobile device comprising a portable handheld housing and a communication interface configured to enable the mobile device to communicate with a communication network. For example, the Product incorporates a handheld device (e.g., mobile device with Product software) and a communication interface (i.e. cloud based communication interface) configured to enable the handheld device to communicate with a communication network (e.g., cloud network). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

Finale Inventory Barcode Scanner

Finale Inventory Business

Everyone

You don't have any devices

Add to wishlist Install

Source: https://play.google.com/store/apps/details?id=com.finaleinventory.denali&hl=en_IN&gl=US

Finale offers warehouse inventory software with wireless barcode scanning abilities to automate shipping, receiving, picking and packing. The application is available on Windows Mobile and Android OS handheld barcode scanners. You can also install the Finale Inventory barcode scanning application on an Android phone by downloading it from the Google Play store.

Finale Inventory combines barcode scanners and location and product barcode labels to manage and track your inventory. Products are created in Finale Inventory, and product counts are associated with physical locations in your warehouse.

Source: https://www.finaleinventory.com/feature-turnkey-mobile-barcode-scanner-solution

- **Barcode Inventory Management:** Finale Inventory works great on its own — and even better connected to an Android based mobile barcode scanner. Our warehouse inventory management software offers out-of-the-box support for picking, receiving, transferring, stocktaking and other inventory management tasks. With WiFi connection, you can even transmit stock data for instant inventory updates.

Source: https://www.finaleinventory.com/cloud-inventory-management-2




Source: https://www.finaleinventory.com/barcode-systems-and-barcode-software

Barcode inventory software identifies products with a barcode scanner so warehouses can count them quickly while minimizing human error. Inventory managers employ barcode software for moving, picking and tallying large quantities of products. Barcodes come in handy for receiving shipments, stock takes, packing orders, shipping orders and stock transfers.

Source: https://www.finaleinventory.com/barcode-systems-and-barcode-software

Cloud Inventory Management System

Finale Inventory is a cloud-based software platform that helps with inventory and warehouse management. As a result, it offers a range of benefits for organizations of any size. While its cloud-based architecture is just one of the many features of our product, it's one of the most important, as its flexibility, security, and convenience is key to driving your success.

Source: https://www.finaleinventory.com/cloud-inventory-management-2

Centralized Inventory Tracking

Our cloud-based inventory control system helps you track inventory operations inside and outside of a single warehouse or at multiple warehouses. Centralize and automate the management of data collection, tasks and reporting. From inventory control, shipping and receiving to order fulfillment, our warehouse management helps businesses manage their warehouse properly, saving money and time due to improved efficiency, accuracy and reporting.

Source: https://www.finaleinventory.com/warehouse-inventory-management

17. The Product uses a signal processing device and a visual input device, the visual input device affixed within the portable handheld housing. For example, a visual input device (e.g., camera for scanning barcode) and signal processing device (i.e. processor of handheld device) are affixed within the portable handheld housing (e.g., the housing of the mobile device). The mobile device camera is used to scan a barcode and, via the Product's server, obtain details related to a particular product. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

Source: https://play.google.com/store/apps/details?id=com.finaleinventory.denali&hl=en_IN&gl=US
Source: https://www.finaleinventory.com/barcode-systems-and-barcode-software



Android Scanner with Built-in Scanner will not use the scanner and only allows the SCAN button on the app or use of the camera to scan

Mike Kroeger
5 months ago · Updated

Follow

Check the DataWedge settings:

Go into datawedge > click the 3-dot button in top corner > settings > scroll to bottom and click "restore", click yes. Once complete hold the left scan key + volume up + power then release to reboot.. does that bring the scanner back?

Source: https://support.finaleinventory.com/hc/en-us/articles/360024497894

18. The Product comprises digital files associated with the mobile device. For example, the Product application has digital files (e.g., barcode image files and digital product information) associated with the mobile device. Certain aspects of this

element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.




Source: https://www.youtube.com/watch?v=8YLu0J7aNJ8

19. The Product also includes a server in communication with the communication network, the server comprising a server database configured to store a look-up table that includes at least a plurality of bar codes associated with a plurality of articles of commerce. For example, the Product app communicates with a server through a cloud communication network, the server comprising look-up table (i.e. remote database). Also, the server database contains barcodes, each having associated information about a particular article of commerce. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

Finale Inventory Barcode Scanner

Finale Inventory Business

Everyone

You don't have any devices

Add to wishlist Install

Source: https://play.google.com/store/apps/details?id=com.finaleinventory.denali&hl=en_IN&gl=US

Finale offers warehouse inventory software with wireless barcode scanning abilities to automate shipping, receiving, picking and packing. The application is available on Windows Mobile and Android OS handheld barcode scanners. You can also install the Finale Inventory barcode scanning application on an Android phone by downloading it from the Google Play store.

Finale Inventory combines barcode scanners and location and product barcode labels to manage and track your inventory. Products are created in Finale Inventory, and product counts are associated with physical locations in your warehouse.

Source: https://www.finaleinventory.com/feature-turnkey-mobile-barcode-scanner-solution




Source: https://www.youtube.com/watch?v=8YLu0J7aNJ8

Cloud Inventory Management System

Finale Inventory is a cloud-based software platform that helps with inventory and warehouse management. As a result, it offers a range of benefits for organizations of any size. While its cloud-based architecture is just one of the many features of our product, it's one of the most important, as its flexibility, security, and convenience is key to driving your success.

Source: https://www.finaleinventory.com/cloud-inventory-management-2

Get a quick snapshot of how much inventory you have on hand (QoH) and how much inventory (Avail) you have available to promise. The available to promise count enables you to allocate stock from existing inventory and committed purchase orders.

| Description | Open Stock | | Case Stock | | |
|---|---|---|---|---|---|
| | QoH | Avail | QoH | Avail | Magazine(s) |
| 6 x 6 Access Doors<br>000001 | 4 | 4 | 0 | 0 | DOCK |
| SW-260-Mono-Blk<br>01-0001-000003-02, Solar World | 40 | 40 | 0 | 0 | shelf |
| RF Worx Horizontal Chassis<br>9-N-C04HNB, ATX | 14 | 14 | 0 | 0 | shelf |
| 1x4 Splitter Module w/ F-connectors, monitor, 0dB pads<br>9-N-MSF14M0, ATX | 22 | 22 | 0 | 0 | shelf |
| 1x8 Splitter Module w/ F-connectors, monitor, 0dB pads<br>9-N-MSF18M0, ATX | 22 | 22 | 0 | 0 | shelf |
| A/V Bulkhead Panel - (16) 75 ohm BNC-BNC Barrel Jacks 1RU<br>161U-BJR, Canare | 5 | 5 | 0 | 0 | shelf |
| Intergrated Service Router<br>2811, Cisco | 5 | 5 | 0 | 0 | shelf |

Source:https://www.finaleinventory.com/warehouse-inventory-management

20. The look-up table also stores a plurality of information link indicators, each information link indicator associated with a respective bar code and article of commerce. For example, the look-up table (i.e. remote cloud database accessed by the Product app/software) also stores a plurality of information link indicators (e.g., link indicating scanned product and/or validation of scanned barcode details associated with the product) indicating information associated with a respective barcode. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.




Source: https://www.youtube.com/watch?v=8YLu0J7aNJ8



Get a quick snapshot of how much inventory you have on hand (QoH) and how much inventory (Avail) you have available to promise. The available to promise count enables you to allocate stock from existing inventory and committed purchase orders.

| Description | Open Stock QoH | Open Stock Avail | Case Stock QoH | Case Stock Avail | Magazine(s) |
|---|---|---|---|---|---|
| 6 x 6 Access Doors<br>000001 | 4 | 4 | 0 | 0 | DOCK |
| SW-260-Mono-Blk<br>01-0001-000003-02, Solar World | 40 | 40 | 0 | 0 | shelf |
| RF Worx Horizontal Chassis<br>9-N-CO4HNB, ATX | 14 | 14 | 0 | 0 | shelf |
| 1x4 Splitter Module w/ F-connectors, monitor, 0dB pads<br>9-N-MSF14M0, ATX | 22 | 22 | 0 | 0 | shelf |
| 1x8 Splitter Module w/ F-connectors, monitor, 0dB pads<br>9-N-MSF18M0, ATX | 22 | 22 | 0 | 0 | shelf |
| A/V Bulkhead Panel - (16) 75 ohm BNC-BNC Barrel Jacks 1RU<br>161U-BJR, Canare | 5 | 5 | 0 | 0 | shelf |
| Intergrated Service Router<br>2811, Cisco | 5 | 5 | 0 | 0 | shelf |

Source: https://www.finaleinventory.com/warehouse-inventory-management




Source: https://www.youtube.com/watch?v=8YLu0J7aNJ8

21. Each information link indicator is configured as a status signal indicating the existence or absence of a link to information pertaining to a respective article of

commerce, the link being made to the information via the communication network. For example, each information link which is obtained by scanning a code indicates a status signal (e.g., link indicating validation of scanned code product and details associated with product). The information associated with the link is retrieved through the cloud communication network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

Finale offers warehouse inventory software with wireless barcode scanning abilities to automate shipping, receiving, picking and packing. The application is available on Windows Mobile and Android OS handheld barcode scanners. You can also install the Finale Inventory barcode scanning application on an Android phone by downloading it from the Google Play store.

Finale Inventory combines barcode scanners and location and product barcode labels to manage and track your inventory. Products are created in Finale Inventory, and product counts are associated with physical locations in your warehouse.

Source: https://www.finaleinventory.com/feature-turnkey-mobile-barcode-scanner-solution

## Centralized Inventory Tracking

Our cloud-based inventory control system helps you track inventory operations inside and outside of a single warehouse or at multiple warehouses. Centralize and automate the management of data collection, tasks and reporting. From inventory control, shipping and receiving to order fulfillment, our warehouse management helps businesses manage their warehouse properly, saving money and time due to improved efficiency, accuracy and reporting.

Source: https://www.finaleinventory.com/warehouse-inventory-management

Barcode inventory software identifies products with a barcode scanner so warehouses can count them quickly while minimizing human error. Inventory managers employ barcode software for moving, picking and tallying large quantities of products. Barcodes come in handy for receiving shipments, stock takes, packing orders, shipping orders and stock transfers.

Source: https://www.finaleinventory.com/barcode-systems-and-barcode-software




Source: https://www.youtube.com/watch?v=8YLu0J7aNJ8

22. The visual input device is configured to scan an image of an article of commerce, decode the image to obtain a bar code and forward data from the scanned image to the signal processing device. For example, the visual input device (i.e. handheld device camera) is configured to scan an image of a barcode associated with an article of commerce. After scanning the code, the code is decoded using Product software, which may be located on the mobile device, to retrieve information about the product. The information is forwarded to the signal processing device (i.e. processor of mobile device). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

23. In response to receiving the bar code, the signal processing device (i.e. mobile device) is configured to look up the code in the look-up table (i.e. remote database) to determine from a respective information link (e.g., link indicating validation of scanned barcode product) whether or not information pertaining to an article of commerce associated with the code (information about the associated product) may be accessed via the communication network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection

with other allegations herein.

24. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

25. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

26. Plaintiff is in compliance with 35 U.S.C. § 287.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 10,600,101 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: April 28, 2021

Respectfully submitted,

*/s/ Stephen M. Lobbin*

***Attorney(s) for Plaintiff Scanning Technology Innovations, LLC***