STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON *(Pro Hac Vice Application Forthcoming)*
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

*Attorney(s) for Plaintiff Scanning Technology Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> FINALE, INC., <br><br> **Defendant.** | **CASE NO. 5:21-cv-03119-JST** <br><br> **PLAINTIFF'S ANSWERS AND DEFENSES TO DEFENDANT'S COUNTERCLAIMS** |

Now comes Plaintiff, Scanning Technologies Innovations, LLC ("Plaintiff," "Counterclaim Defendant," or "STI"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff Finale, Inc.'s ("Defendant," "Counterclaim Plaintiff," or "Finale") Counterclaims [Doc. 13] (hereafter the "Counterclaims") as follows:

## PARTIES

1. STI has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2. Admitted.

## JURISDICTION

3. STI incorporates by reference each of its answers in paragraphs 1-2 above.

4. Admitted.

5. STI admits that jurisdiction is proper.

6. STI admits that venue is proper.

## COUNT I

7. STI incorporates by reference each of its answers in paragraphs 1-6 above.

8. STI admits that an actual controversy exists concerning infringement of the '101 Patent. STI denies any remaining allegations contained in paragraph 8.

9. Denied.

10. STI admits that Finale seeks a declaratory judgment. STI denies any remaining allegations contained in paragraph 10.

## COUNT II

11. STI incorporates by reference each of its answers in paragraphs 1-10 above.

12. STI admits that an actual controversy exists regarding validity of the '101 Patent. STI denies any remaining allegations contained in paragraph 12.

13. Denied.

14. STI admits that Finale seeks a declaratory judgment. STI denies any remaining allegations contained in paragraph 14.

## **PRAYER FOR RELIEF**

To the extent a response is required, STI denies that Finale is entitled to any of the relief requested.

Dated: June 21, 2021                                  Respectfully submitted,

/s/ Stephen M. Lobbin
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON
*(Pro Hac Vice Application Forthcoming)*
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

***Attorney(s) for Plaintiff Scanning Technology Innovations, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/ Stephen M. Lobbin
**Stephen M. Lobbin**