STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Scanning Technology Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS, LLC,** | **CASE NO. 4:21-cv-03119-JST** |
| **Plaintiff,** | |
| **v.** | **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| **FINALE, INC.,** | |
| **Defendant.** | |

Plaintiff Scanning Technologies Innovations, LLC and Defendant Finale, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.  All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.  All counter-claims asserted by the Defendant in this action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B);

2.  Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

1       This Stipulation and Order shall finally resolve the Action between the parties.

2

3  Dated: June 23, 2021                 Respectfully submitted,

4                                       */s/Stephen M. Lobbin*

5  Stephen M. Lobbin

6  sml@smlavvocati.com
   SML AVVOCATI P.C.

7  888 Prospect Street, Suite 200

8  San Diego, California 92037
   (949) 636-1391 (Phone)

9

10  ***Attorney(s) for Plaintiff Scanning***
    ***Technology Innovations, LLC***

11

12  **FISH & RICHARDSON P.C.**

13  By: */s/Noel F. Chakkalakal*

14  Rodeen Talebi (CA SBN 320392)
    FISH & RICHARDSON P.C.

15  500 Arguello St. Suite 400

16  Redwood City, CA 94063
    Telephone: (213) 533-4240

17  Facsimile: (858) 678-5099

18  Email: talebi@fr.com

19  Neil J. McNabnay (*pro hac vice*)

20  Ricardo J. Bonilla (*pro hac vice*)
    Noel F. Chakkalakal (*pro hac vice*)

21  FISH & RICHARDSON P.C.

22  1717 Main Street, Suite 5000
    Dallas, TX 75201

23  Telephone: (214) 747-5070

24  Facsimile: (214) 747-2091
    mcnabnay@fr.com

25  rbonilla@fr.com

26  chakkalakal@fr.com

27  ***COUNSEL FOR DEFENDANT***

28  ***FINALE, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Stephen M. Lobbin*
**Stephen M. Lobbin**


SO ORDERED this _____ day of _____, 2021.


_____
**UNITED STATES DISTRICT JUDGE**

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE