STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Scanning Technology Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FINALE, INC.,<br><br>Defendant. | CASE NO. 4:21-cv-03119-JST<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Scanning Technologies Innovations, LLC and Defendant Finale, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. All counter-claims asserted by the Defendant in this action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: June 23, 2021                                Respectfully submitted,

/s/Stephen M. Lobbin
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

**Attorney(s) for Plaintiff Scanning Technology Innovations, LLC**

**FISH & RICHARDSON P.C.**

By: /s/Noel F. Chakkalakal
Rodeen Talebi (CA SBN 320392)
FISH & RICHARDSON P.C.
500 Arguello St. Suite 400
Redwood City, CA 94063
Telephone: (213) 533-4240
Facsimile: (858) 678-5099
Email: talebi@fr.com

Neil J. McNabnay (*pro hac vice*)
Ricardo J. Bonilla (*pro hac vice*)
Noel F. Chakkalakal (*pro hac vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

**COUNSEL FOR DEFENDANT FINALE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Stephen M. Lobbin*
**Stephen M. Lobbin**

SO ORDERED this  23rd  day of  June_____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**